IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RUTH A. ISAAC | : | |
| | : | Bankruptcy No. 18-10963-TPA |
| DEBTOR | : | |
| | : | Chapter 13 |
| BAYVIEW LOAN SERVICING, LLC., A | : | |
| DELAWARE LIMITED LIABILITY | : | |
| COMPANY | : | |
| MOVANT | : | |
| V. | : | Related to Document No. |
| RUTH A. ISAAC | : | Related to Claim No. 3 |
| DEBTOR | | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing Chapter 13 Plan in the above captioned bankruptcy case will be SUFFICIENT to fund the Plan with the modified mortgage amount, as the new amount is twenty five cents less than the prior amount.

Date: September 12, 2019

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161