Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Ruth A. Isaac**      : | Case No. 18−10963−TPA |
| *Debtor(s)*            : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 2nd of December, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ruth A. Isaac  
    Debtor(s)

Case No. 18-10963-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 2  
Date Rcvd: Dec 02, 2020      Form ID: 309      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth A. Isaac, 725 East 13th Street, Erie, PA 16503-1443 |
| 14918406 | | Bayview Loan Servicing, P O BOX 650091, Dallas, TX 75265-0091 |
| 14918410 | + | Equitable Acceptance Corp, 1200 Ford Road, Hopkins, MN 55305-1616 |
| 14918411 | + | Erie County Tax Claim Bureau, 140 W. 6th Street RM 110, Erie, PA 16501-1073 |
| 14918413 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14940116 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 03 2020 05:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14918407 | | EDI: CAPITALONE.COM | Dec 03 2020 05:43:00 | Capital One, P O BOX 71083, Charlotte, NC 28272-1083 |
| 14934228 | | EDI: CAPITALONE.COM | Dec 03 2020 05:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14918408 | | EDI: WFNNB.COM | Dec 03 2020 05:43:00 | Comenity - Boscov's, P O BOX 659622, San Antonio, TX 78265-9622 |
| 14918409 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2020 05:27:00 | Dept of Ed/Nelnet, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14931879 | | EDI: AGFINANCE.COM | Dec 03 2020 05:43:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14918414 | | EDI: AGFINANCE.COM | Dec 03 2020 05:43:00 | One Main Financial, Summit Town Center, 7200 Peach Street Suite 430, Erie, PA 16509-4759 |
| 14952781 | | EDI: PRA.COM | Dec 03 2020 05:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14919376 | + | EDI: PRA.COM | Dec 03 2020 05:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14942570 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2020 05:15:12 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14951328 | | EDI: Q3G.COM | Dec 03 2020 05:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14918416 | + | EDI: RMSC.COM | Dec 03 2020 05:43:00 | Synchrony Bank - Walmart, P O BOX 965024, Orlando, FL 32896-5024 |
| 15006128 | | EDI: ECMC.COM | | |

| | Dec 03 2020 05:43:00 | US Department of Education, PO Box 16448, St Paul MN 55116-0448 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14918412 | ## | FNB Consumer Discount, 2501 W. 12th Street, Erie, PA 16505-4527 |
| 14918415 | ## | Regency Finance Comp., P O Box 607, Warren, PA 16365-0607 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2020         Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Debtor Ruth A. Isaac tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 4