**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RUTH A. ISAAC

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-10963 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2018 and confirmed on 11/01/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,100.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,100.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,853.58 | |
|    Trustee Fee | 954.60 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,808.18 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 12,702.17 | 0.00 | 12,702.17 |
|    Acct: 1128 | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 5,312.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1100 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 9,304.79 | 0.00 | 0.00 | 0.00 |
|    Acct: 1128 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 4,025.00 | 1,138.44 | 451.21 | 1,589.65 |
|    Acct: 2621 | | | | |
| | | | | 14,291.82 |
| **Priority** | | | | |
| TINA M FRYLING ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| RUTH A. ISAAC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| TINA M FRYLING ESQ | 4,000.00 | 3,853.58 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*NONE\*\*\*

| 18-10963 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. Acct: 2855 | 705.52 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT COMENI Acct: 2841 | 645.73 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION Acct: 2038 | 70,137.61 | 0.00 | 0.00 | 0.00 |
| EQUITABLE ACCEPTANCE CORP Acct: R100 | 0.00 | 0.00 | 0.00 | 0.00 |
| FNB CDC++ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARINER FINANCE LLC Acct: 3396 | 3,041.67 | 0.00 | 0.00 | 0.00 |
| REGENCY FINANCE Acct: 8956 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL( Acct: 0700 | 337.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 0700 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) Acct: 2621 | 4,602.26 | 0.00 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC - ASSIG Acct: 0001 | 1,215.60 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                  14,291.82

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,641.79
UNSECURED      80.685.39

Date: 12/31/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com